NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADAM CONTI,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3071

---

Petition for review of the Merit Systems Protection Board in No. NY0752090041-I-1.

---

## JUDGMENT

---

DAVID RESTAINO, Fox Rothschild, LLP, of Lawrenceville, New Jersey, argued for petitioner. With him on the brief was JOEL M. FERDINAND.

LINDSEY SCHRECKENGOST, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With her on the brief was BRYAN G. POLISUK, General Counsel.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, BRYSON, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 February 24, 2014                   /s/  Daniel  E.  O'Toole
          Date                        Daniel E. O'Toole
                                      Clerk of Court